IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. 03-32724BM |
| Terry A. Wise, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, Green Tree Consumer Discount Company, is a party in interest and hereby appears in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices, proceedings and papers specified by that Rule, and Rule 9010 of the Bankruptcy Rules, that all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:

>   Erin P. Dyer, Esquire
>   5743 Centre Avenue
>   Pittsburgh, PA 15206
>   (412) 361-1000

The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

Dated: March 26, 2004            By: /s/ Erin P. Dyer
                                 Erin P. Dyer, Esquire
                                 PA ID Number: 52748
                                 Attorney for Green Tree
                                 5743 Centre Avenue
                                 Pittsburgh, PA 15206
                                 (412) 361-1000